[No. 67733-1-I.   Division One.   September 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN KEITH
McCORD, *Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 11-1-00022-3, Alan R. Hancock, J., entered
August 23, 2011. *Affirmed* by unpublished opinion per Spear-
man, A.C.J., concurred in by Appelwick and Schindler, JJ.

[Nos. 39660-2-II; 40769-8-II.   Division Two.   September 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PHILLIP
ROMERO, *Appellant*.

*In the Matter of the Personal Restraint of* JASON PHILLIP
ROMERO, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 08-1-01319-5, Jeanette Dalton, J., entered Au-
gust 7, 2009, together with a petition for relief from per-
sonal restraint. Judgment *affirmed* and petition *dismissed*
by unpublished opinion per Quinn-Brintnall, J., concurred
in by Worswick, C.J., and Van Deren, J.

[No. 40939-9-II.   Division Two.   September 18, 2012.]

JEFFREY R. McKEE, *Appellant*, v. THE DEPARTMENT OF
' CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 08-2-00386-5, Paula Casey, J., entered June
4, 2010. *Reversed* and *remanded* by unpublished opinion per
Van Deren, J., concurred in by Worswick, C.J., and Hunt, J.